UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBUSHRA MOHAMMED,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of Department of Homeland Security, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No.: 25cv3724-LL-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 AS MOOT**<br><br>**[ECF No. 7]** |

After being detained for ten months, Petitioner Albushra Mohammed filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 to be released from DHS's custody. *See* ECF No. 1. In it he declared that what he really wanted was "to get back to [his] family" in Sudan. ECF No. 1-2 ¶ 5. Because the parties have finally achieved that result, they moved this Court to dismiss the petition for mootness. *See* ECF No. 7 ("The parties make such request because," with the Court's permission, "Petitioner has been removed from the United States" to return to his family in Sudan, just as he desired). The Court agrees that the petition has been rendered moot. *See Spencer v. Kemna*, 523 U.S. 1, 18 (1998) ("[M]ootness, however it may have come about, simply deprives us of our power to act; there is nothing for us to remedy.").

    Accordingly, the Court **GRANTS** the parties' Joint Motion to Dismiss Petition for Writ of Habeas Corpus as Moot. ECF No. 7. The Clerk shall close this case.

    **IT IS SO ORDERED.**

Dated: January 9, 2026

                                           Honorable Linda Lopez
                                           United States District Judge